FILED
WESTERN DISTRICT CLERK

19 JAN -8 AM 11: 15

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

CASE NUMBER: 3:19-CV-13-DJH

GeneDeShawn M. WATKINS                                          **PLAINTIFF(S)**

v.

WLKY                                                           **DEFENDANT(S)**

1418 mellwood Ave
Louisville, KY 40206

**MOTION FOR** this has inflicted alot of hardship on me
[state what you want the Court to do]

I, GeneDeShawn M. Watkins the ☑ plaintiff / ☐ defendant [check the appropriate box] in the

above-named proceeding, respectfully move this Court to issue an order murder, grand larceny,
professional neglect, incompedence and a violation of my 14th admendment
rights emotional stress
[state what you want the Court to do]

The reason(s) that I am entitled to the relief I seek is the following:

NBC is affiliated to ~~CBS~~ CBS and I wrote Rhymes
to B.E.T that I never got paid for well WLKY got
gov. Equipment ~~out~~ of my house how I Know they
wont report me and Iam successful Iam talkin 3,000
Zero's a week since 2006 and I donated money to blk
achievers I donated to some more and since NBC is affiliated
to CBS and they usin my run that's undefeated in horse
racin and makin a profit off of me again and my sister
was murdered May 19/2014 and WLKY and NBC have gov

General Motion Form
For Use By *Pro Se* Litigants
Rev. 4/13

equipment how I know feds leaked to local news they not reportin me about winnin a nobel peace prize Noble prize for medicine I came up w/the cure for cancer its called celgene which NBC affiliate bougt just a couple of days ago I came up w/the cure for cancer, heart disease, AIDS and no local news is reportin me but they going to use my undefeated run w/horses by my product and say no we dont know nothin about him this is grand larceny the guy they blamed for my sister murder walked so who that leaves NBC, WLKY, and ABC Fox too I am seekin Emotional stress this has affected me big time my sister is dead she was murdered and I blame the news stations cuz they got gov equipment how I kno. I dont have no camera in my face after all the achievements I accomplished over 20yrs and they buyin Celgene my business This is grand Larceny I did it all threw email.n its no outlet in Louisville Like other big cities I would have been out by then Im bein robbed my run been undefeated for 12yrs no one can defeat me so NBC and CBS the cowards jump on my team by puttin money in Disney cuz disney is cheap I kno ur honor u see how Disney is makin money Like pepsi, Benz, well I invested in them businesses only Disney never Robbed me this is criminal ur honor if you knew my accomplishments you would say you news stations got leaked gov equipment and his sister was murdered

General Motion Form
For Use By *Pro Se* Litigants
Rev. 4/13

_____

_____

_____

_____

(You may use additional 8 1/2 x 11 paper if needed)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This _8_ day of ___Jan___, 20_19_

Signed: _____
[your signature] *Shawn M. WATKINS*

Print your name: _____

Address: _4511 cane run Apt 201_
_Louisville, Ky 40216_

_____

[For use if you are a prisoner:]

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on

_____.

Signed:_____
[your signature]

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above _____ was served upon
[name of document]

_____ by_ _____ at_____
[name of opposing party or counsel]    [mail or hand-delivery]    [address]

_____ on _____.
[date]

Signed:_____
[your signature]

General Motion Form
For Use By *Pro Se* Litigants
Rev. 4/13